LEWIS FRIEDMAN, Appellant, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Respondents.

*Friedman v. N. Y. & Harlem R. R. Co.,* 89 App. Div. 38, affirmed.
(Argued January 19, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Charles W. Culver* and *Frank M. Hardenbrook* for appellant.

*Ira A. Place* and *George H. Walker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.